**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMIE COURTWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-06-332-M |
| | ) |
| GREG CAMP, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 7, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that this action be dismissed without prejudice under the rule announced in *Heck v. Humphrey*, 512 U.S. 477 (1994). The parties were advised of their right to object to the Report and Recommendation by June 27, 2006. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on June 7, 2006; and

(2) DISMISSES this action without prejudice under the rule announced in *Heck*.

**IT IS SO ORDERED this 1st day of August, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE